IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| VICKI PIONTEK, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FIRST MARINER BANK, | ) ) ) |
| Defendant. | ) ) |

Civil Action No.

8:10-cv-01402-PJM

## STIPULATION OF DISMISSAL

Plaintiff and defendant, by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate and agree that this case be dismissed, such dismissal to be with prejudice as to the named plaintiff only.

_/s/ Gerard J. Gaeng_
Gerard J. Gaeng
Rosenberg | Martin | Greenberg, LLP
25 S. Charles Street, Suite 2115
Baltimore, Maryland 21201
(410) 727-6600 (phone)
(410) 727-1115 (fax)

*Attorneys for Defendant*

_/s/ E. David Hoskins_
E. David Hoskins
The Law Offices of E. David Hoskins, LLC
2 Hamill Road, Suite 362
Baltimore, Maryland 21210
(410) 662-6500 (phone)
(410) 662-7800 (fax)

*Attorney for Plaintiff*

SO ORDERED this _____ day of _____, 2010.

_____
Peter J. Messitte
United States District Judge

RMG# 4847-0585-2935